IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
                                   :
          v.                       :    3:24-CR-139
                                   :    (JUDGE MARIANI)
MOHAMMED ZEIDAN,                   :
                                   :
          Defendant.               :

**VERDICT FORM**

## COUNT 1

### Conspiracy to Interfere with Commerce by Robbery

On the charge of Conspiracy to Commit Interference with Commerce by Robbery, as

charged in Count 1 of the Indictment, in violation of 18 U.S.C. § 1951, the jury unanimously

finds, beyond a reasonable doubt, the defendant **MOHAMMED ZEIDAN** (*check one*):

_____X_____ GUILTY

_____ NOT GUILTY

*Please proceed to Count 2.*

## COUNT 2

### Attempted Interference with Commerce by Robbery

On the charge of Attempted Interference with Commerce by Robbery, as charged in

Count 2 of the Indictment, in violation of 18 U.S.C. § 1951, 18 U.S.C. § 2, and *Pinkerton v.*

*United States*, 328 U.S. 640 (1946), the jury unanimously finds, beyond a reasonable doubt,

the defendant **MOHAMMED ZEIDAN** (*check one*):

_____X_____ GUILTY

_____ NOT GUILTY

*Please proceed to Count 6.*

2

## COUNT 6

### Firearms Conspiracy

On the charge of Firearms Conspiracy, as charged in Count 6 of the Indictment, in violation of 18 U.S.C. § 924(o), the jury unanimously finds, beyond a reasonable doubt, the defendant **MOHAMMED ZEIDAN** (*check one*):

\_\_\_\_X\_\_\_ GUILTY

_____ NOT GUILTY

The foregoing is the unanimous verdict of the jury in the above-captioned case of

### UNITED STATES OF AMERICA v. MOHAMMED ZEIDAN.

*Your deliberations are at an end. The Foreperson should sign and date the verdict slip and return it to the Courtroom Deputy.*

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: September 5 , 2025

Foreperson

3