IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:24-CR-139 |
| v. | : (JUDGE MARIANI) |
| | : |
| MOHAMMED ZEIDAN, | : |
| | : |
| Defendant | : |

ORDER

AND NOW, THIS 5TH DAY OF SEPTEMBER, 2025, for the reasons set forth by the Court during a hearing before the parties this same day, **IT IS HEREBY ORDERED THAT** Defendant Mohammed Zeidan's Motion for Mistrial Based on Hung Jury (Doc. 335) is **DENIED**.

Robert D. Mariani
United States District Judge