IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   3:24-CR-139 |
| v. | :   (JUDGE MARIANI) |
| | : |
| MOHAMMED ZEIDAN, | : |
| | : |
| Defendant | : |

## ORDER

**AND NOW, THIS 5TH DAY OF SEPTEMBER, 2025,** following the jury verdict this same day finding Defendant Mohammed Zeidan guilty on Counts 1, 2, and 6 of the Indictment in the above-captioned action, **IT IS HEREBY ORDERED THAT:**

1. Sentencing shall be held on **Thursday, January 22, 2026, at 1:00 p.m.** in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, Pa. in a courtroom to be designated by the Clerk of Court.

2. The probation officer shall, **within 56 days** of the date of this Order, disclose the presentence report to the defendant, the defendant's counsel, and counsel for the Government.

3. The parties shall, **within 14 days** after disclosure of the draft presentence report, communicate in writing to the probation officer, and to each other, any objections to the presentence report. Any objections that could have been, and were not, raised within this 14-day period will not be entertained absent cause of a compelling nature, or to the extent the objection is raised solely in support of an

argument as to the proper application of the factors set forth in 18 U.S.C. § 3553 and demonstrating that the objections could not have been raised within the prescheduled 14-day period.

4. The probation officer shall, **at least 21 days** before sentencing, submit the final presentence report to the court, together with an addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's response to the objections.

5. <u>Sentencing Memoranda, Motions for Departure, and Character Letters</u>.

    a. The defendant shall file a sentencing memorandum, **at least 14 days** before sentencing, addressing any pending objections to the presentence report and any specific requests for downward departure under the sentencing guidelines, citing to applicable and controlling law.

    b. The Government shall file a responsive sentencing memorandum, **at least 7 days** before sentencing, addressing any pending objections to the presentence report and any specific requests for departure under the sentencing guidelines, citing to applicable and controlling law.

    c. No sentencing memoranda shall be required in the event there are no outstanding objections or departure requests and the parties only wish to advocate appropriate considerations under 18 U.S.C. § 3553(a).

d. Defense counsel shall exercise best efforts to submit any character letters at least **5 days** before the sentencing. Character letters shall be sent to the probation officer for submission to the Court and shall not be submitted directly to the Court.

_____
Robert D. Mariani
United States District Judge